UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Petitioner,   Civil No. 2:12-MC-50117
                        HON. AVERN COHN
v.   MAG. JUDGE DAVID R. GRAND

OMEGA SOLUTIONS, LLC,

    Respondent.
_____/

## ORDER AND JUDGMENT

Petitioner having applied for an order to enforce an Internal Revenue Service Summons served on respondent, Omega Solutions, LLC, relating to the collection of the tax liabilities of Assured Source PEO LLC, and the petition and order having been personally served upon a representative of Omega Solutions, LLC, on February 9, 2012, this cause having come on before the undersigned pursuant to a Notice to Appear issued April 24, 2012, and due deliberation having been had herein; it is hereby

ORDERED that the Petition to Enforce Internal Revenue Service Summons is GRANTED; and it is further

ORDERED that a representative of respondent Omega Solutions, LLC appear before Revenue Officer Deborah Black or her designated representative at 2:00 p.m. on July 20, 2012, at 1270 Pontiac Road, Pontiac, Michigan, then and there to be sworn, to give testimony, and to produce for examination and copying the books, records, papers, and other data demanded by the

summons served upon a representative of Omega Solutions, LLC, on June 23, 2011, the examination to continue from day to day until completed.

If the date and time set is not convenient to counsel for the respondent, counsel for the government and counsel for Omega Solutions, LLC may set a date convenient to both.  If this presents any difficulty a conference call with the Court shall be arranged through the Case Manager.

      S/Avern Cohn
AVERN COHN
UNITED STATES DISTRICT JUDGE

Dated: July 5, 2012

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, July 5, 2012, by electronic and/or ordinary mail.

s/Julie Owens
Case Manager, (313) 234-5160