UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


UNITED STATES OF AMERICA,

                Petitioner,                    Civil No. 2:12-MC-50117
                                                    HON. AVERN COHN
v.                                            MAG. JUDGE DAVID R. GRAND

OMEGA SOLUTIONS, LLC,

                Respondent.
_____/

<u>ORDER AND JUDGMENT</u>

      Petitioner having applied for an order to enforce an Internal Revenue Service Summons

served on respondent, Omega Solutions, LLC, relating to the collection of the tax liabilities of

Assured Source PEO LLC, and the petition and order having been personally served upon a

representative of Omega Solutions, LLC, on February 9, 2012, this cause having come on before

the undersigned pursuant to a Notice to Appear issued April 24, 2012, and due deliberation

having been had herein; it is hereby

      ORDERED that the Petition to Enforce Internal Revenue Service Summons is

GRANTED; and it is further

      ORDERED that a representative of respondent Omega Solutions, LLC appear before

Revenue Officer Deborah Black or her designated representative at 2:00 p.m. on July 20, 2012,

at 1270 Pontiac Road, Pontiac, Michigan, then and there to be sworn, to give testimony, and to

produce for examination and copying the books, records, papers, and other data demanded by the

summons served upon a representative of Omega Solutions, LLC, on June 23, 2011, the examination to continue from day to day until completed.

If the date and time set is not convenient to counsel for the respondent, counsel for the government and counsel for Omega Solutions, LLC may set a date convenient to both.  If this presents any difficulty a conference call with the Court shall be arranged through the Case Manager.

 S/Avern Cohn
AVERN COHN
UNITED STATES DISTRICT JUDGE

Dated:  July 5, 2012

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, July 5, 2012, by electronic and/or ordinary mail.

s/Julie Owens
Case Manager, (313) 234-5160